# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**MARCIA SPAHR**

                V.                CASE NUMBER: 5:07-CV-880(NAM/GHL)

**COMMISSIONER OF SOCIAL SECURITY; et al.**

[ ]      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[XX]      **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANTS against PLAINTIFF, dismissing this case for failure to comply with the Court's September 25, 2007 Order pursuant to the Order of the Hon. Norman A. Mordue filed on December 18, 2007.

DATED:    December 18, 2007

                                                Clerk of Court

LKB:lmp